IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | | |
|---|---|---|
| IN RE: PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | |
| This document relates to: | ) ) | |
| ALGERON ODELL PAGE | ) ) | Case. No. 3:04-cv-00188-TSL-JCS |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| BAYER CORPORATION | ) ) | [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE |
| Defendant, | ) ) ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

This matter came before the Court upon the parties' Stipulation of Dismissal with Prejudice. Based upon the parties' stipulation, which has been agreed to and signed by counsel for all parties to this action, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii):

IT IS HEREBY ORDERED THAT the above-entitled action is dismissed with prejudice as to all defendants, with each party to bear its own costs.

Dated this 25th day of April, 2006.

    /s/ Tom S. Lee
    United States District Court Judge

Presented by:

Burns, Cunningham, Mackey & Fillingim, P.C.

By: /s/ William M. Cunningham, Jr.
    William M. Cunningham, Jr., MSB #99879
    Attorneys for Plaintiff

Watkins & Eager, PLLC

By /s/ Leigh D. Vernon
    Leigh D. Vernon, MSB # 99696
    Attorneys for Defendant
    Bayer Corporation